## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DOROTHY S. WILLIAMS,       ) | |
| Plaintiff,  ) | |
| ) | |
| vs.       ) | Case No. 05-4073-SAC |
| ) | |
| UNIFIED SCHOOL DISTRICT # 501,    ) | |
| ) | |
| Defendant.    ) | |

### ORDER

On January 4, 2006, the court granted the plaintiff's motion (Doc. 11) for production of all records contained in the KHRC's investigative file pertaining to charges filed by plaintiff Dorothy S. Williams against defendant Unified School District No. 501, KHRC Case No. 28157-04, except such portions thereof which were of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff.  The court ordered the KHRC to submit any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff, to the undersigned for an *in camera* review.

The court has reviewed the documents submitted by the KHRC and finds that all of the documents submitted are of a deliberative or conciliatory nature, or attorney work product, and, therefore, not discoverable.

Copies of this Order shall be provided to all counsel of record and the KHRC.

IT IS SO ORDERED.

Dated this 19th day of January, 2006, at Topeka, Kansas.

s/K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge